## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22 Mag. 3569**　　　　　　　　　Date **6-14-2022**

USAO No. **2022R00521**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　☐ Removal Proceedings in

*United States v.* **Juan Lopez-Soto**

The Complaint/Rule 40 Affidavit was filed on **April 19, 2022**

*U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　　　**Steven Kochevar**
　　　　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: 6/15/22

　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE